# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SETH A. REICHENBACH AND BRYAN C. REICHENBACH, | NO. 3:19-CV-00932-ARC |
| Plaintiffs, | |
| v. | (JUDGE CAPUTO) |
| HAYES, JOHNSON & CONLEY, PLLC AND JOEL D. JOHNSON, | |
| Defendants. | |

## ORDER

**NOW**, this 19th day of September, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss (Doc. 7) is **GRANTED in part** and **DENIED in part**.

   (A) Plaintiffs' Claim that the Defendants violated 15 U.S.C. § 1692i(a)(2) is **Dismissed with prejudice**.

   (B) The Motion is **DENIED** in all other respects.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge